**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA ANN WILLIAMSON<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:15-cv-01454- JLT<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC<br><br>(Doc. 11) |

On April 4, 2016, the parties filed a stipulation for an extension of time for Plaintiff to serve a confidential letter brief (Doc. 11). Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED** nunc pro tunc; and

2. Plaintiff **SHALL** serve a confidential letter brief no later than **May 4, 2016**.

IT IS SO ORDERED.

Dated: **April 5, 2016**         **/s/ Jennifer L. Thurston**
                                 UNITED STATES MAGISTRATE JUDGE